UNITED STATES CIRCUIT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1520032

UNITED STATES OF AMERICA

**Plaintiff**

Vs.

BRIAN DERONCELER

**Accused**

_____//



FILED BY \_\_\_\_ D.C.
MAY 18 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## MOTION TO WITHDRAW STANDBY COUNSEL

**HERE COMES**, Accused, Baas El-Bey Ex-Rel BRIAN DERONCELER, Sui Juris, respectfully moves the court to withdraw standby counsel TERENCE LENAMON, Esq of LENAMON LAW PLLC, *Faretta v. California*, 422 U.S. 806 (1975), with the request to not assign any additional counsel, due to the following reasons:

1. Accused is Sui Juris
2. Accused was found competent to present himself on 04/13/2015

**WHEREFORE, PREMISES CONSIDERED:** Accused, Baas El-Bey Ex-Rel BRIAN DERONCELER, Sui Juris, moves this Court to withdraw standby counsel being that Defendant is Sui Juris.

Accused
Baas El-Bey
PO Box 019120
Miami, FL 33101