UNITED STATES CIRCUIT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1520032

UNITED STATES OF AMERICA

           **Plaintiff**

Vs.

**BRIAN DERONCELER**

           **Accused**

_____//

FILED BY ___ D.C.
MAY 18 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ACCUSED'S MOTION TO QUASH BOND DENIAL.

**HERE COMES**, Accused, Baas El-Bey Ex-Rel BRIAN DERONCELER, Sui Juris, and moves the Court to quash bond denial in said cause for the following reasons:

1. Accused is not a danger the community.
2. Accused is not a risk of flight.
3. Accused has substantial ties to the community.
4. Accused nationality as a Mu'ur (Moor) should not be taken into account for bond denial.
5. Accused promises this Court to appear in any court at any time ordered in reference to this case.

**WHEREFORE, PREMISES CONSIDERED:** Accused, Baas El-Bey Ex-Rel BRIAN DERONCELER, Sui Juris, moves this Court to quash bond denial and requests this Court to set a bond in an amount that is reasonable considering the charge and his circumstances.

                                                          Accused
                                                          Baas El-Bey
                                                          PO Box 019120
                                                          Miami, FL 33101