# UNITED STATES CIRCUIT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 1520032



FILED by _____ D.C.

JUN 04 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**UNITED STATES OF AMERICA**
      Plaintiff

Vs.

**BRIAN DERONCELER**
      Accused

---

## ADMINISTRATIVE NOTICE; IN THE NATURE OF WRIT OF ERROR CORAM NOBIS & A DEMAND FOR DISMISSAL OR STATE THE PROPER JURISDICTION

    Now comes Petitioner Baas El-Bey a non corporate entity with a **ADMINISTRATIVE NOTICE; IN THE NATURE OF WRIT OF ERROR CORAM NOBIS & A DEMAND FOR DISMISSAL OR STATE THE PROPER JURISDICTION.** Pursuant to **FRCP Rule 4 (j)** This Court is defined under FRCP Rule 4 (j) as a FOREIGN STATE as defined under 28 USC 1602 -1611 FOREIGN SOVEREIGN IMMUNITY ACT (FSIA) is being jurisdictionally challenge and full disclosure of the true jurisdiction of this Court is now being demand.

    Any failure to disclose the true jurisdiction is a violation of **15 Statutes at Large, Chapter 249 (section 1), enacted July 27 1868**  Chap. CCXLIX. ---An Act concerning the Rights of American Citizens in Foreign States

    Whereas the rights of expatriation is a nature and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness;  and whereas in the recognition of this principle this government has freely received emigrants from all nations, and invested them with the right of citizenship; and whereas it is claimed that such American citizens, with their descendants, are subjects of foreign states, owing allegiance to the government thereof; and whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and  finally disavowed; Thereof.  Be it enacted by the Senator and the House of Representatives of the United States of American in Congress assembled, That any declaration, instruction, opinion, order, or decision, of any officers of is government which denies, restricts, impairs or questions the rights of expatriation, is hereby declared inconsistent with the fundamental principles of this government.

As an America Citizen I hold the inherent right of the 11th amendment. The judicial power shall not be construed to extend to any suit in law or equity, commenced or prosecuted by a Foreign State.  If this FOREIGN STATE is misusing the name of this America Citizen by placing it in all caps or misusing the last name or using the term "person" as a CORPORATION all complaints and suit against such CORPORATION fall under the FSIA and the DEPT OF STATE OFFICES in Washington DC. DC now has to be notify pursuant to 22 CFR 93.1 -93.2. A copy of the FSIA has to be filed with the complaint to the defendant's chief executive officer of that CORPORATION. MUNICIPAL, COUNTY, OR STATE COURT lacks jurisdiction to hear any case under the FOREIGN STATE definitions. This jurisdiction lies with the UNITED STATES DISTRICT COURT under the FSIA Statutes pursuant to 28 USC 1330.

Because the Defendant is a non corporate entity and is not registered with any Secretary of State as a CORPORATION the Prosecution has **FAILED** to state a claim to which relief can be granted under 12(b) (6). Therefore this matter must be dismissed for lack of political, personam, and subject matter jurisdiction, Venue and under the 11th Amendment.

## Definitions

**Corpus Juris Secundum** *"The Body of Law"* **or Legal encyclopedia, Volume 7, Section 4: as quoted:** "Attorney & client: An Attorney's "first" duty is to the Courts (1st) and the public (2nd) and not to the client (3rd), and wherever the duties to an attorney's client "conflict" with those interests that he/she owes his allegiance to, as an officer of the court in the administration of justice, the former must yield to the latter." The Biggest problem today is that People do not know their own rights & blindly entrust their rights to someone else. BLACK'S LAW DICTIONARY FIFTH EDITION

**Foreign Court** The courts of a foreign state or nation. In the United States, this term is frequently applied to the courts of one of the states when their judgment or records are introduced in the courts of another.

**Foreign jurisdiction** Any jurisdiction foreign to that of the forum; e.g. a sister state or another country. Also the exercise by a state or nation jurisdiction beyond its own territory. Long – arm Service of process is a form of such foreign or extraterritorial jurisdiction

**Foreign laws** The laws of a foreign country, or of a sister state. In conflict of law, the legal principle of jurisprudence which are part of the law of a sister state or nation. Foreign laws are additions to our own laws, and in that respect are called "jus receptum"

**Foreign corporation** A corporation doing business in one state though chartered or incorporated in another state is a foreign corporation as to the first state, and, as such, is required to consent to certain conditions and restriction in order to do business in such first state. Under federal tax laws, a foreign corporation is one which is not organized under the law of one of the states or territories of the United States. I.R.C. § 7701 (a) (5). Service of process on foreign corporation is governed by the Fed. R. Civ. P. 4 See also Corporation **TITLE 26 - INTERNAL REVENUE CODE**, Subtitle F - Procedure and Administration, CHAPTER 79 – DEFINITIONS Sec. **7701.** Definitions **(5)** Foreign The term "foreign" when applied to a corporation or partnership means a corporation or partnership which is not domestic."

**Foreign service of process** Service of process for the acquisition of jurisdiction by a court in the United States upon a person in a foreign country is prescribed by Fed R. Civ. P. 4 (i) and 28 U.S.C.A. § 1608. Service of process on foreign corporation is governed by Fed. R. Civ. P. 4(d) (3)

**Foreign states** Nations which are outside the United States. Term may also refer to another state; i.e. a sister state.

**Foreign immunity** With respect to jurisdiction immunity of foreign nation, see 28 U.S.C.A 1602 et seq.

**Profiteering** Taking advantage of unusual or exceptional circumstance to make excessive profit; e.g. selling of scarce or essential goods at inflated price during time of emergency or war.

**Person** In general usage, a human being (i.e. nature person) thought by statute term may include a firm, labor organizations, partnerships, associations, corporations, legal representative, trustees, trustees in bankruptcy ,or receivers. National Labor Relations act, §2(1). A corporation is a" person" within meaning of equal protection and due process provisions of United States Constitution.

**Writ of error coram nobis** A common-law writ, the purpose of which is to correct a judgment in the same court in which it was rendered, on the ground of error of fact, for which it was statutes provides no other remedy, which fact did not appear of record, or was unknown to the court when judgment was pronounced, and which, if known would have prevented the judgment, and which was unknown, and could of reasonable diligence in time to have been otherwise presented to the court, unless he was prevented from so presenting them by duress, fear, or other sufficient cause. At common law in England, it issued from the Court of Kings Bench to a judgment of that court. Its principal aim is to afford the court in which an action was tried and opportunity to correct it own record with reference to a vital fact not known when the judgment was rendered. It is also said that at common law it lay to correct purely ministerial errors of the officers of the court.

_____[LS]
Baas:El-Bey
c/o P.O. Box 18002
West Palm Beach, Fl 33416

## PROOF OF SERVICE

Now comes Baas El-Bey with a **ADMINISTRATIVE NOTICE; IN THE NATURE OF WRIT OF ERROR CORAM NOBIS & A DEMAND FOR DISMISSAL OR STATE THE PROPER JURISDICTION.** To be placed before the Clerk of Court of UNITED STATES DISTRICT COURT SOUTHER DISTRICT OF FLORIDA and this day of 24 and month of August in the year of our Lord 2012 AD.

_____[LS]
Baas:El-Bey
c/o P.O. Box 18002
West Palm Beach, Fl 33416


CC