FILED BY D.C.
JUN 26 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**

FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA.

CASE NO. 1:15-cr-20032-DPG

v.

BRIAN DERONCELER,

PETITIONER.

**MOTION TO COMPEL**

COMES NOW, Brian Deronceler Petitioner hereby acting pro se moves this most Honorable court to compel the United States Attorney office to respond to petitioners request to reduce his sentence for his substantial cooperation in the federal prosecution, investigation and case against Brannon Desmond who was prosecuted in Northen District Court by U.S. District assistant Attorney Alicia Forbes under federal case number 3:21-cr-7-MCR-3.

Mr. Deronceler has made several attempts to contact both U.S. Attorney Forbes and Karen Rochlin who was the lead attorney for the government on his federal case and both has not responded back to his correspondence.

The petitioner has been made aware that the court has no authority over the government decisions to petition the court for a reduction based on the cooperation of a defendant. See paperless order under Docket No. 472 of Defendant Brian Deronceler's inquiry of a reduction based on his substantial assistance to the government on the case named above herein. Mr. Deronceler only want to know whether or not the government has not forgotten about him and what he has done to aid and assist them with the Brannon Desmond case by simply responding to his correspondence and making him aware of their intentions of his cooperation ,whether they plan to reduce his term of imprisonment or not since it's been over two years not and he has not been made aware of the government intentions.

Respectfully Submitted

On this 20th Day of June /s/ ______________

Brian Deronceler Reg. No. 07335-104

FCI Atlanta , P.O. Box 150160, Atlanta, GA 30315

BRIAN F. DERONCELER 07335-104
USP ATLANTA
601 McDonough Blvd SE.
ATLANTA, GA 30315

US DISTRICT COURT CLERK
400 N. Miami Ave
Miami, FL 33128